**Plaintiffs' Schedule of Claims**

| | Claimant | Claim Amount | B/L | Container # | Cargo | Place of Receipt/Destination |
|---|---|---|---|---|---|---|
| 1 | Great American Insurance Company of New York<br>New York, New York<br>Incorp: New York | $95,568.21 | SSL 000216475 | GESU-9566272 | Refrigerated cargo | Port of Loading: Jacksonville, FL<br>Port of Delivery: San Juan, PR |
| 2 | Great American Insurance Company of New York<br>New York, New York<br>Incorp: New York | $52,700.25 | SSL 000223090 | SEGU-9070564 | Fresh Poultry | Port of Loading: Jacksonville, FL<br>Port of Delivery: San Juan, PR |
| 3 | Great American Insurance Company of New York<br>New York, New York<br>Incorp: New York | $32,900.05 | SSL 000223240 | STRU-9500729 | Produce | Port of Loading: Jacksonville, FL<br>Port of Delivery: San Juan, PR |
| 4 | Great American Insurance Company of New York<br>New York, New York<br>Incorp: New York | $22,130.75 | SSL 000229348 | STRU 5823750 | Potatoes | Port of Loading: Jacksonville, FL<br>Port of Delivery: San Juan, PR |
| 5 | Great American Insurance Company of New York<br>New York, New York<br>Incorp: New York | $99,029.40 | SSL 000232935 | TCNU-8097504 | Evaporated/ Condensed Milk | Port of Loading: Jacksonville, FL<br>Port of Delivery: San Juan, PR |
| 6 | Great American Insurance Company of New York<br>New York, New York<br>Incorp: New York | $26,130.81 | SSL 000233109 | GESU-9101275 | Produce | Port of Loading: Jacksonville, FL<br>Port of Delivery: San Juan, PR |

SCHEDULE A TO COMPLAINT

**Plaintiffs' Schedule of Claims**

| | Claimant | Claim Amount | B/L | Container # | Cargo | Place of Receipt/Destination |
|---|---|---|---|---|---|---|
| 7 | Great American Insurance Company of New York<br>New York, New York<br>Incorp: New York | $93,136.60 | SSL 000229457 | GESU-9114400 | Pork Product | Port of Loading: Jacksonville, FL<br>Port of Delivery: San Juan, PR |
| 8 | Great American Insurance Company of New York<br>New York, New York<br>Incorp: New York | $79,483.80 | SSL 000232699 | STRU-9000873 | Marinated Boneless Chicken | Port of Loading: Jacksonville, FL<br>Port of Delivery: San Juan, PR |
| 9 | Great American Insurance Company of New York<br>New York, New York<br>Incorp: New York | $136,774.97 | SSL 000232721 | STRU-900180 | Frozen Foods / Refrigerated Cargo | Port of Loading: Jacksonville, FL<br>Port of Delivery: San Juan, PR |
| 10 | Great American Insurance Company of New York<br>New York, New York<br>Incorp: New York | $93,136.89 | SSL 000232734 | STRU-6576119 | Potassium Hydroxide | Port of Loading: Jacksonville, FL<br>Port of Delivery: San Juan, PR |
| 11 | Great American Insurance Company of New York<br>New York, New York<br>Incorp: New York | $119,565 | SSL 000229383 | STRU-5819765 | Frozen Meats | Port of Loading: Jacksonville, FL<br>Port of Delivery: San Juan, PR |
| 12 | Great American Insurance Company of New York<br>New York, New York<br>Incorp: New York | <u>$70,238.54</u><br>**$921,195.32** | SSL 000229313 | GESU-9291257 | Foodstuffs | Port of Loading: Jacksonville, FL<br>Port of Delivery: San Juan, PR |

**Plaintiffs' Schedule of Claims**

| | **Claimants** | **Claim Amount** | **B/L** | **Container** | **Cargo** | **Place of Receipt/ Destination** |
|---|---|---|---|---|---|---|
| I – 1 | QBE Seguros and Certain Underwriters and Insurers at Lloyds of London Subscribing to Policy of Insurance PC1412719000, (CCI/Century Packing Corp. Cargo) | $57,398 | SSL 000232842 | GESU 9288171 | Chicken | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |
| I-2 | QBE Seguros and Certain Underwriters and Insurers at Lloyds of London Subscribing to Policy of Insurance PC1412719000, (CCI/Pet Plastics LLC Cargo) | $387,246  **$444,644** | SSL 000232860  SSL 000232861 | IKSU 4338272  FCSU 6285487 | Resin  Resin | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |

**Plaintiffs' Schedule of Claims**

| | Claimants | Claim Amount | B/L | Container | Cargo | Place of Receipt/ Destination |
|---|---|---|---|---|---|---|
| II. | QBE Seguros and Certain Underwriters and Insurers at Lloyds of London Subscribing to Policy of Insurance LC151592500 and ABLE Sales Company Inc./Alimentos Liquidos Industriale Inc. (ABLE Sales Cargo) | 1. $86,832<br><br>2. $173,663<br><br><br>Misc. Costs:<br>3,496.88<br><br>**$263,991.88** | SSL000238320<br><br><br><br><br><br>SSL000238319 | (Rail Cars)<br>OTFM 000004<br>OTFM 000006<br><br><br>OTFM000001<br>OTFM000002<br>OTFM 000003<br>OTFM 000005 | High Fructose Corn Syrup<br><br><br><br>High Fructose Corn Syrup | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |

**Plaintiffs' Schedule of Claims**

|  | Claimants | Claim Amount | B/L | Container | Cargo | Place of Receipt/ Destination |
|---|---|---|---|---|---|---|
| III. | QBE Seguros and Certain Underwriters Insurers at Lloyds of London Subscribing to Policy of Insurance LC1516254000, (Mendez & Company Cargo) | $91,176.61 | SSL000234699 | STRU 83307020 | Cereal | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |

**Plaintiffs' Schedule of Claims**

| | **Claimants** | **Claim Amount** | **B/L** | **Container** | **Cargo** | **Place of Receipt/ Destination** |
|---|---|---|---|---|---|---|
| IV. | QBE Seguros and Certain Underwriters and Insurers at Lloyds of London Subscribing to Policy of Insurance PC1412443000, (Puerto Rico Supplies Group Cargo) | 1. $144,621 | SSL000238641 | SEGU9029489 | Cheese | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |
| | | 2. $162,796 | SSL000238642 | SEGU9070097 | Cheese | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |
| | | 3. | | | | |

**Plaintiffs' Schedule of Claims**

|  | **Claimants** | **Claim Amount** | **B/L** | **Container** | **Cargo** | **Place of Receipt/ Destination** |
|---|---|---|---|---|---|---|
|  | 4. Puerto Rico Supplies Group, *et al*. | 4. $77,081 | SSL 000228036 | GESU 6623517 | Tobacco Products | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |
|  |  | 5. |  |  |  |  |
|  |  | 6. $33,958 | SSL000234016 | STRU5818394 | Mixed Fruits and Vegetables | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |
|  |  | 7. $59,840 | SSL000234020 | STRU9501601 | Tomatoes | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |

**Plaintiffs' Schedule of Claims**

|  | **Claimants** | **Claim Amount** | **B/L** | **Container** | **Cargo** | **Place of Receipt/ Destination** |
|---|---|---|---|---|---|---|
|  | Puerto Rico Supplies Group, *et al*. | 8. $39,723 | SSL000234021 | STRU9501710 | Mixed Fruits | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |
|  |  | 9. $40,089 | SSL000234022 | STRU9501448 | Mixed Fruits and Vegetables | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |
|  |  | 10. $54,104 | SSL000234023 | STRU5452664 | Mixed Fruits And Vegetables | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |
|  |  | 11. $45,334 | SSL000232719 | SEGU9029447 | Fruit/ Produce | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |

**Plaintiffs' Schedule of Claims**

| | Claimants | Claim Amount | B/L | Container | Cargo | Place of Receipt/ Destination |
|---|---|---|---|---|---|---|
| | | 12. $16,773<br><br>**$657,546** | SSL000237901 | SEGU9177660 | Mixed Fruit | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |

**Plaintiffs' Schedule of Claims**

|  | **Claimants** | **Claim Amount** | **B/L** | **Container** | **Cargo** | **Place of Receipt/ Destination** |
|---|---|---|---|---|---|---|
| V. | QBE Seguros and Certain Underwriters and Insurers at Lloyds of London Subscribing to Policy of Insurance LC1515551000, (Suarez & Co. Cargo) | 1. $11,306 | VSSL 000232734 | STRU 6576119 | Foodstuff | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |
|  |  | 2. $114,779.10 | VSSL 000230898 | SEGU 9070944 | Cheese | Place of Receipt: Chicago, IL Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |
|  |  | 3. $63,288.90 | VSSL000234281 | GESU 9287299 | Pizza | Place of Receipt: Chicago, IL Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |

**Plaintiffs' Schedule of Claims**

|  | Claimants | Claim Amount | B/L | Container | Cargo | Place of Receipt/ Destination |
|---|---|---|---|---|---|---|
|  | Suarez *et al* | 4. $246,918 | VSSL 000235453 | GIPU4364830 | Vodka, Whiskey, Rum | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |
|  |  | 5. $79,243.00 | VSSL 000230901 | SEGU 9070311 | Cheese | Port of Loading: Chicago, IL – Jacksonville, FL; Port of Delivery: San Juan, PR |
|  |  | 6. $108,766.70 | VSSL000231235 | GESU9307712 | Cheese | Place of Receipt: Chicago, IL Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |
|  |  | 7. $365,994.54 | VSSL000227940 | CAIU8308521 CAXU8124320 CRXU9965379 STRU4094592 TCLU8152796 | Beer | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |
|  |  | 8. $97,143.49<br><br>**$1,007,439** | VSSL000238433 | STRU9500740 | Cordon Blue, Burritos, Whipped Cream | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |

**Plaintiffs' Schedule of Claims**

| | Claimants | Claim Amount | B/L | Container | Cargo | Place of Receipt/ Destination |
|---|---|---|---|---|---|---|
| VI. | Certain Underwriters and Insurers at Lloyds of London Subscribing to Policy of Insurance DC150019400, (Dade Paper Company Cargo) | $37,821.34 | VSSL 000228974 | STRU 8332240 | Paper Foam and Plastic Food Science products and packages | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |

**Plaintiffs' Schedule of Claims**

| | Claimants | Claim Amount | B/L | Container | Cargo | Place of Receipt/ Destination |
|---|---|---|---|---|---|---|
| VII. | Certain Underwriters and Insurers at Lloyds of London Subscribing to Policy of Insurance DC1500466000, (Quirch Foods Cargo) | 1. $160,427.47 | SSL000226062 | STRU5818434 | Fresh Beef | Place of Receipt: Chicago, IL Port of Loading: Jacksonville, FL; Port of Delivery: San Juan, PR |
| | | 2. $155,819.32 | SSL000226063 | SEGU9070775 | Fresh Beef | Port of Loading: Chicago, IL – Jacksonville, FL; Port of Delivery: San Juan, PR |
| | | 3. $160,437.71 | SSL000231459 | STRU5819549 | Fresh Beef | Place of Receipt: Chicago, IL Port of Loading: Jacksonville, FL; Port of Delivery: San Juan, PR |
| | | 4. $78,022.25 | SSL000235001 | SEGU9071302 | Fresh Pork | Port of Loading: Chicago, IL – Jacksonville, FL; Port of Delivery: San Juan, PR |

**Plaintiffs' Schedule of Claims**

| | Claimants | Claim Amount | B/L | Container | Cargo | Place of Receipt/ Destination |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | 5. $131,611.67 | SSL000231457 | SEGU9029869 | Fresh Beef | Place of Receipt: Chicago, IL Port of Loading: Jacksonville, FL; Port of Delivery: San Juan, PR |
| | | 6. $146,270.66 | SSL000235440 | SEGU9029318 | Fresh Beef | Place of Receipt: Chicago, IL Port of Loading: Jacksonville, FL; Port of Delivery: San Juan, PR |
| | | 7. $150,225.68 | SSL000236217 | SEGU5822898 | Fresh Beef | Place of Receipt: Chicago, IL Port of Loading: Jacksonville, FL; Port of Delivery: San Juan, PR |
| | | 8. $55,893.82 | SSL000237435 | SEGU9070501 | Frozen Brisket Bone | Place of Receipt: Chicago, IL Port of Loading: Jacksonville, FL; |

**Plaintiffs' Schedule of Claims**

|  | Claimants | Claim Amount | B/L | Container | Cargo | Place of Receipt/ Destination |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Port of Delivery: San Juan, PR |
|  |  | 9. $133,841.67 | SSL000236216 | STRU5822650 | Fresh Beef | Place of Receipt: Chicago, IL Port of Loading: Jacksonville, FL; Port of Delivery: San Juan, PR |
|  | Quirch *et al* | 10. $68,000 | SSL000237431 | GESU9287072 | Yogurt | Place of Receipt: Jacksonville, FL Port of Loading: Jacksonville, FL; Port of Delivery: San Juan, PR |
|  |  | 11. $68,000 | SSL000226085 | GESU9104269 | Yogurt | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |
|  |  | 12. $68,850 | SSL000237429 | STRU5894394 | Yogurt | Place of Receipt: Jacksonville, FL Port of Loading: Jacksonville, FL Port of Delivery: |

**Plaintiffs' Schedule of Claims**

| | **Claimants** | **Claim Amount** | **B/L** | **Container** | **Cargo** | **Place of Receipt/ Destination** |
|---|---|---|---|---|---|---|
| | | | | | | San Juan, PR |
| | | 13.$149,150.22 | SSL000226083 | STRU5821490 | Fresh Food Cuts | Place of Receipt: Miami, FL Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |
| | | 14. $78,305 | SSL000235407 | SEGU9029180 | Fresh Pork | Place of Receipt: Chicago, IL Port of Loading: Jacksonville, FL; Port of Delivery: San Juan, PR |
| | Quirch *et al* | 15. $96,108.20 | SSL000226082 | GESU9413400 | Fresh Food Cuts | Place of Receipt: Miami, FL Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |
| | | 16.$169,999.00 | SSL000237432 | SEGU9029920 | Fresh Meat | Place of Receipt: Chicago, IL Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |

**Plaintiffs' Schedule of Claims**

|  | **Claimants** | **Claim Amount** | **B/L** | **Container** | **Cargo** | **Place of Receipt/ Destination** |
|---|---|---|---|---|---|---|
|  |  | 17. 103,668.00<br><br>**$1,974,631** | SSL000235408 | SEGU9029581 | Fresh Pork | Place of Receipt: Chicago, IL<br>Port of Loading: Jacksonville, FL<br>Port of Delivery: San Juan, PR |

**Plaintiffs' Schedule of Claims**

|  | **Claimants** | **Claim Amount** | **B/L** | **Container** | **Cargo** | **Place of Receipt/ Destination** |
|---|---|---|---|---|---|---|
| VIII. | Universal Insurance Company and Certain Underwriters and Insurers at Lloyds of London Subscribing to Policy of Insurance LC1515422000, (Plaza Provision Cargo) | 1. $65,652.16 | SSL 000219766 | GESU-9562718 | Yogurt | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |
|  |  | 2. $61,273.86 | SSL 000219767 | GESU-9288504 | Yogurt | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |
|  |  | 3. $68,639.40 | SSL 000219768 | GESU-9101125 | Yogurt | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |
|  |  | 4. $76,590.26 | SSL 000219769 | GESU-9278147 | Yogurt | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |

**Plaintiffs' Schedule of Claims**

|  | <u>Claimants</u> | **Claim Amount** | <u>B/L</u> | <u>Container</u> | <u>Cargo</u> | **Place of Receipt/ Destination** |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  | Plaza Provision *et al* | 5. $71,165.21 | SSL 000219770 | SEGU-9029560 | Yogurt | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |
|  |  | 6. $54,128 | SSL 000229258 | CRSU-0402731 | Airwick Home Items | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |
|  |  | 7. $31,459 <u>33,060</u> $64,519 | SSL 000211967 | UESU-4821126 | Electrothermic Appliances | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |
|  |  | 8. $77,086.50 | SSL 000211965 | STRU-6570960 | Household Products | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |
|  |  | 9.   $9,616 | SSL 000231584 | IKSU4521154 | Pizza Products | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |

**Plaintiffs' Schedule of Claims**

|  | Claimants | Claim Amount | B/L | Container | Cargo | Place of Receipt/ Destination |
|---|---|---|---|---|---|---|
|  |  | 10. |  |  |  |  |
|  | Plaza Provision *et al* | 11.  $57,775 | SSL 000232700 | CAIU-8148552 | Detergents | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |
|  |  | 12. $56,631 | SSL 000231584 | IKSU-4521154 | Cookies, Sugar products | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |
|  |  | 13. $65,039 | SSL 000235406 | SEGU-9070815 | Refrigerated Cargo – Chilled Foodstuff | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |
|  |  | 14. $86,471 | SSL 000234070 | STRU-5821417 | Frozen foods | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |
|  |  | 15. $47,605 | SSL 000233950 | STRU-5821572 | Frozen Foods | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |

**Plaintiffs' Schedule of Claims**

|  | **Claimants** | **Claim Amount** | **B/L** | **Container** | **Cargo** | **Place of Receipt/ Destination** |
|---|---|---|---|---|---|---|
|  |  | 16. $54,290<br><br>**$916,481.39** | SSL 000235405 | STRU-9000940 | Frozen Food – Dough, Cookies | Port of Loading: Jacksonville, FL<br>Port of Delivery: San Juan, PR |

**Plaintiffs' Schedule of Claims**

| | Claimants | Claim Amount | B/L | Container | Cargo | Place of Receipt/ Destination |
|---|---|---|---|---|---|---|
| IX. | QBE Seguros and Certain Underwriters and Insurers at Lloyds of London Subscribing to Policy of Insurance LC1516397000, (Supermercados Econo Cargo) | 1. $23,377.40 | SSL000234509 | STRU 9501221 | Juice | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |
| | | 2. $21,473.00 | SSL000234513 | STRU 9500159 | Juice | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |
| | | 3. $24,508.74 | SSL000234511 | STRU 9500380 | Juice | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |
| | | 4. | | | | |

**Plaintiffs' Schedule of Claims**

| | **Claimants** | **Claim Amount** | **B/L** | **Container** | **Cargo** | **Place of Receipt/ Destination** |
|---|---|---|---|---|---|---|
| | | 5. | | | | |
| | | 6. $29,288.20 | SSL000230874 | STRU 5821485 | Produce | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |
| | | 7. | | | | |
| | | 8. | | | | |
| | | 9. | | | | |
| | | 10. | | | | |

**Plaintiffs' Schedule of Claims**

|  | <u>Claimants</u> | <u>Claim Amount</u> | <u>B/L</u> | <u>Container</u> | <u>Cargo</u> | **Place of Receipt/ <u>Destination</u>** |
|---|---|---|---|---|---|---|
|  | Econo *et al* | 11. |  |  |  |  |
|  |  | 12. |  |  |  |  |
|  |  | 13. |  |  |  |  |
|  |  | 14. |  |  |  |  |
|  |  | 15. |  |  |  |  |
|  |  | 16. $35,915.00 | SSL000232718 | BMOU 4596585 | Canned Fruit | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |

**Plaintiffs' Schedule of Claims**

| | Claimants | Claim Amount | B/L | Container | Cargo | Place of Receipt/ Destination |
|---|---|---|---|---|---|---|
| | Econo *et al* | 17. | | | | |
| | | 18. <u>$37,393.00</u><br><br>**$171,985.58** | SSL000237068 | SEGU 9217172 | Chicken | Port of Loading: Jacksonville, FL Port of Delivery: San Juan, PR |